UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| GREGORY RONALD AKERS | ) | Case No. 17-61871 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## TRUSTEE'S REPORT OF SALE

TO THE HONORABLE REBECCA B CONNELLY, U.S. BANKRUPTCY JUDGE:

Hannah W. Hutman Trustee reports the following sale of property of the estate by private sale:

| **Date:** | **Property** | **Purchaser** | **Amount** |
|---|---|---|---|
| August 14, 2018 | 1961 Cessna Airplane 172 | Roderick T. Ashley Jr. | $10,577.00 |

**Dated: August 14, 2018, 2018**                    **Respectfully Submitted,**

**HANNAH W. HUTMAN, TRUSTEE**

By: /s/ Hannah W. Hutman
Hannah W. Hutman, Chapter 7 Trustee

Hannah W. Hutman  (VSB No. 79635)
hhutman@hooverpenrod.com
342 S. Main Street
Harrisonburg, VA  22801
540-433-2444
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2018, I filed a copy of the foregoing Trustee's Report of Sale with the court by the CM/ECF system causing a copy thereof to be served electronically on counsel for the Debtor, the U.S. Trustee and all parties requesting electronic service.

/s/ Hannah W. Hutman
Hannah W. Hutman